UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| JESSICA VANDIVER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   vs. | )   CAUSE NO. 4:08CV-144-M |
| | ) |
| IAC MADISONVILLE, LLC, | )   **DISMISSAL STIPULATION** |
| | ) |
| | ) |
|     Defendant. | ) |

The parties hereby agree and stipulate that this matter may be dismissed with prejudice, with the parties to pay their own attorneys' fees and their own court costs.

   /s/)  Andrew Dutkanych III
Andrew Dutkanych III
Attorney for Plaintiff

/s/ John T. Landwehr (*with permission*)
John T. Landwehr
Attorney for Defendant

**IT IS SO ORDERED:**

Copies to:  Counsel of record